IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** White Sr, Dewan L

Printed: 01/22/09

Case Number: 07 B 22624
Judge: Wedoff, Eugene R
Filed: 12/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 11, 2008
Confirmed: January 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,300.00 |  |
| Secured: |  | 3,066.12 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,843.00 |
| Trustee Fee: |  | 390.88 |
| Other Funds: |  | 0.00 |
| Totals: | 6,300.00 | 6,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,843.00 | 2,843.00 |
| 2. | Taylor Bean And Whitaker Mortgage Compan | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | Access Credit Union | Secured | 12,340.05 | 1,800.00 |
| 5. | HSBC Mortgage Services | Secured | 4,471.03 | 265.68 |
| 6. | Taylor Bean And Whitaker Mortgage Compan | Secured | 16,836.15 | 1,000.44 |
| 7. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 8. | Access Credit Union | Unsecured | 0.03 | 0.00 |
| 9. | Capital One | Unsecured | 124.54 | 0.00 |
| 10. | Capital One | Unsecured | 766.96 | 0.00 |
| 11. | Bass & Associates | Unsecured | 3.23 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 88.68 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 49.77 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 1,365.25 | 0.00 |
| 15. | Illinois Dept Of Healthcare And Family | Priority |  | No Claim Filed |
| 16. | Kristin Matthews | Priority |  | No Claim Filed |
| 17. | HSBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 38,888.69 | $ 5,909.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 91.42 |
| 6.5% | 299.46 |
|  | $ 390.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   White Sr, Dewan L | Case Number:  07 B 22624 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/22/09 | Filed:  12/3/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

